Lida's Med. Supply, Inc. v Personal Serv. Ins. Co. (2022 NY Slip Op
50578(U))

[*1]

Lida's Med. Supply, Inc. v Personal Serv. Ins. Co.

2022 NY Slip Op 50578(U) [75 Misc 3d 138(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-174 K C

Lida's Medical Supply, Inc., as Assignee of
Pettie, Timothy, Respondent, 
against
Personal Service Insurance Company, Appellant.

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Oleg Rybak of counsel), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Cenceria P.
Edwards, J.), entered March 13, 2019. The order, insofar as appealed from, denied defendant's
motion to dismiss the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion to dismiss the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, the affidavit of
service alleges that the summons and complaint were served by mail pursuant to CPLR 312-a.
However, plaintiff's papers do not contain an acknowledgment of service. Defendant moved to
dismiss the complaint on the ground that plaintiff had failed to obtain personal jurisdiction over
defendant. Plaintiff cross-moved for summary judgment. Defendant appeals from so much of an
order of the Civil Court entered March 13, 2019 as denied defendant's motion to dismiss the
complaint.
For the reasons stated in Longevity
Med. Supply, Inc. v American Ind. Ins. Co. (69 Misc 3d 127[A], 2020 NY Slip Op
51118[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order, insofar as
appealed from, is reversed, and defendant's motion to dismiss the complaint is granted.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022